UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES L. EIFFERT, TERRI L. EIFFERT, and TEDDY ENTERPRISES, a California Unincorporated Association,

    Plaintiffs,

  v.

JPMORGAN CHASE, NA; GROUP 9, INC.; QUALITY LOAN SERVICING CORPORATION; and DOES 1-25,

    Defendants.
_____/

NO. CIV. S-10-1687 LKK/KJM

O R D E R

It has come to the court's attention that the court has opened a minimal account for his daughter with Washington Mutual Bank. Upon review and consideration of the case, the court determines that this interest presents no conflict in the fair adjudication of the case and that recusal is not necessary.

    IT IS SO ORDERED.

    DATED: July 6, 2010.

                                 LAWRENCE K. KARLTON
                                 SENIOR JUDGE
                                 UNITED STATES DISTRICT COURT