```
 1
 2
 3
 4
 5
 6
 7                    UNITED STATES DISTRICT COURT
 8               FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
    JAMES L. EIFFERT, TERRI L.
10  EIFFERT, and TEDDY
    ENTERPRISES, a California
11  Unincorporated Association,
12                                    NO. CIV. S-10-1687 LKK/KJM
              Plaintiffs,
13
         v.
14                                          O R D E R
    JPMORGAN CHASE, NA; GROUP 9,
15  INC.; QUALITY LOAN SERVICING
    CORPORATION, and DOES 1-25,
16
17            Defendants.
18  _____/
```

Plaintiff in this case brings claims arising out of his mortgage. Defendant JPMorgan Chase, N.A., has filed a motion to dismiss noticed for hearing on August 9, 2010. Pursuant to Local Rule 230(c), plaintiff's opposition or statement of non-opposition was due on July 26, 2010. In violation of this rule, plaintiff has failed to respond to the noticed motion.

Based on the above, the court ORDERS as follows:

1. Counsel for plaintiff is hereby ORDERED TO SHOW CAUSE in

1

1   writing why sanctions should not issue in accordance
2   with Local Rule 110, including a fine of $150 and/or
3   dismissal of this case. <u>See also</u> Fed. R. Civ. P. 41(b),
4   <u>Link v. Wabash R.R.</u>, 370 U.S. 626, 633 (1962). Counsel
5   shall file a response to this order to show cause no
6   later than August 13, 2010.
7   2.  Hearing on defendant's motion to dismiss (Dkt. No. 6) is
8   CONTINUED to August 30, 2010 at 10:00 a.m.
9   3.  Plaintiff shall file and serve his opposition or
10  statement of non-opposition on or before August 13,
11  2010. Defendant GMAC Mortgage may file and serve a
12  reply no later than August 20, 2010.
13  IT IS SO ORDERED.
14  DATED: July 29, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT