UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES L. EIFFERT, TERRI L. EIFFERT, and TEDDY ENTERPRISES, a California Unincorporated Association,

    Plaintiffs,

  v.

JPMORGAN CHASE, NA; GROUP 9, INC.; QUALITY LOAN SERVICING CORPORATION, and DOES 1-25,

    Defendants.
_____/

NO. CIV. S-10-1687 LKK/KJM

O R D E R

    Plaintiff in this case brings claims arising out of his mortgage. Defendant JPMorgan Chase, N.A., has filed a motion to dismiss noticed for hearing on August 9, 2010. Pursuant to Local Rule 230(c), plaintiff's opposition or statement of non-opposition was due on July 26, 2010. In violation of this rule, plaintiff has failed to respond to the noticed motion. The court continued the hearing, extended the time for filing an opposition until August 13, 2010, and ordered plaintiff's counsel to show cause as to why

1

1  sanctions including dismissal should not be issued for failure to
2  comply with Local Rule 230(c).  <u>See</u> Order filed July 29, 2010.
3      Plaintiff again failed to file a response to the pending
4  motion to dismiss.  Accordingly, the court ORDERS as follows:
5    1.  Defendant's motion to dismiss (Dkt. No. 6) is GRANTED in
6        light of plaintiff's failure to file an opposition.
7    2.  This case is DISMISSED WITH PREJUDICE.  E.D. Cal. Local
8        Rules 110, 230(c), Fed. R. Civ. P. 41(b), <u>Link v. Wabash</u>
9        <u>R.R.</u>, 370 U.S. 626, 633 (1962).
10   3.  Counsel for plaintiff is SANCTIONED $150 for failure to
11       comply with Local Rule 230(c) and this court's July 29,
12       2010 order.  This sum shall be paid to the Clerk of the
13       Court no later than twenty-one (21) days from the date
14       of this order.  Counsel shall file an affidavit
15       accompanying the payment of this sanction which states
16       that it is paid personally by counsel, out of personal
17       funds, and is not and will not be billed, directly or
18       indirectly, to the client or in any way made the
19       responsibility of the client as attorneys' fees or
20       costs.
21   IT IS SO ORDERED.
22   DATED: August 27, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT